PETITION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| UNITED STATES DISTRICT COURT | District Puerto Rico. | |
|---|---|---|
| Name of Movant Heriberto Guadalope-Mercado | Prisoner No. 20234-069 | Case No. CR.00-0048-07 |
| Place of Confinement | | |

| UNITED STATES OF AMERICA | V. | Heriberto Guadalope-Mercado.  (name under which convicted) |
|---|---|---|

## MOTION

1. Name and location of court which entered the judgment of conviction under attack __United States District Court- District of Puerto Rico.__

2. Date of judgment of conviction __April 5th,2001.__

3. Length of sentence __144 months.__

4. Nature of offense involved (all counts) __21 U.S.C.846 & 18 U.S.C.1956(h)__
   __Conspiracy to distribute narcotics, Conspiracy to launder monetary__
   __instruments.__

5. What was your plea?   (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:
   __N/A__
   __N/A__
   __N/A__

6. If you pleaded not guilty, what kind of trial did you have?   (Check one)
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐     No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒     No ☐

RECEIVED & FILED
05 JUL 19 PM 4: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

(2)

9. If you did appeal, answer the following:

    (a) Name of court _United States Court of Appeals, 1st Circuit._

    (b) Result _Attorney filed an Anders Brief._

    (c) Date of result _February 27,2003._

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

    Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____ N/A _____

        (2) Nature of proceeding _____ N/A _____

        _____ N/A _____

        (3) Grounds raised _____ N/A _____

        _____ N/A _____

        _____ N/A _____

        _____ N/A _____

        _____ N/A _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?

        Yes ☐    No ☐

        (5) Result _____ N/A _____

        (6) Date of result _____ N/A _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____ N/A _____

        (2) Nature of proceeding _____ N/A _____

        _____ N/A _____

        (3) Grounds raised _____ N/A _____

        _____ N/A _____

        _____ N/A _____

        _____ N/A _____

· AO 243 (Rev. 2/95)

     (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐     No ☒

     (5) Result _____ N/A _____

     (6) Date of result _____ N/A _____

  (c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
     (1) First petition, etc.         Yes ☐     No ☒
     (2) Second petition, etc.     Yes ☐     No ☒

  (d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

                            N/A

                            N/A

                            N/A

                            N/A

                            N/A

                            N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

    Caution:    If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

  (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

  (b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(h) Denial of right of appeal.

A.    Ground one: _____ The enhancement imposed by the Court violated

Petitioner's sixth Amendment Right.

Supporting FACTS (state *briefly* without citing cases or law)

Petitioner pled guilty pursuant to Rule 11(e)(1)(c) of the FRCP.

The Court erroneously applied a two(2) level enhancement pursuant

to guideline 2D1.1(b)(1) and a two (2) level supervisory role

enhancement pursuant to guideline 3B1.1(c). These specific offense

characteristic was not charged in petitioners indictment or plead to.

B.    Ground two: _____ Sixth Amendment Right to Effective Assistance of counsel:

Supporting FACTS (state *briefly* without citing cases or law) _____ The grounds in support of

this motion is that both trial and Appellate counsels were deficient

in not raising the issue that the Court did not make individualized

findings of drug quantity that were reasonablly foreseeable to

petitioner, therby violating petitioner's 6th Amendment to effective

assistance of counsel.

C.    Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law) _____

_____

_____

_____

_____

D.  Ground four: _____ N/A _____
_____ N/A _____

Supporting FACTS (state *briefly* without citing cases or law) _____ N/A _____

_____ N/A _____

_____ N/A _____

_____ N/A _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: _____

~~After petitioner got sentenced, attorney never communicated with~~

~~petitioner, as to what issues should be raised in direct appeal.~~

_____

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐          No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing ___ Robert Millan, Esq. _____

(b) At arraignment and plea ___ Same as above. _____

(c) At trial _____ Same as above. _____

(d) At sentencing _____ Same as above. _____

AO 243 (Rev. 2/95)

(e) On appeal ___Isabel Abislaiman,Esq. P.O.Box 9023303, San Juan,PR 00902-3303___

(f) In any post–conviction proceeding _____N/A_____

(g) On appeal from any adverse ruling in a post–conviction proceeding ____N/A_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒      No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐      No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____N/A_____

(b) Give date and length of the above sentence: _____N/A_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐      No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__JUNE 23,2005.__
(Date)

_____
Signature of Movant

(7)