UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

HERIBERTO GUADALUPE-MERCADO,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 05-1799 (JAF)

(Crim. No. 00-048)

## **J U D G M E N T**

Pursuant to the terms and conditions of an Opinion and Order subscribed by the court today, judgment is now entered summarily dismissing this 28 U.S.C. § 2255 petition, pursuant to Rule 4(b), <u>Rules Governing Section 2255 Proceedings in the United States District Courts</u>.

San Juan, Puerto Rico, this 11th day of January, 2006.

                                         S/José Antonio Fusté
                                         JOSE ANTONIO FUSTE
                                       Chief U. S. District Judge