HERIBERTO GUADALUPE MERCADO
20234-069 "WEST"
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 2000
FORT DIX, NJ 08640

CLERK'S OFFICE
U.S. DISTRICT COURT FOR PUERTO RICO
ROOM 150 - FEDERAL BUILDING
CARLOS CHARDÓN AVENUE
HATO REY, P.R. 00918-1767