# UNITED STATES DISTRICT COURT
for the

_____ District of Puerto Rico

| | |
|---|---|
| United States of America <br> v. <br> **HERIBERTO GUADALUPE-MERCADO** <br> **A/K/A "BISTOQUE"** <br><br> Date of Previous Judgment: APRIL 5, 2001 <br> (Use Date of Last Amended Judgment if Applicable) | Case No: 00-CR-048-007 (JAF) <br> USM No: 20234-069 <br> ROBERT MILLAN, ESQ. <br> Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

The plea and conviction in this case is not for crack cocaine (cocaine base). The basis for the conviction was the possession with intent to distribute cocaine hydrochloride. No retroactivity benefit is available.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 24, 2008

s/José A. Fusté
Judge's signature

Effective Date: _____
(if different from order date)

JOSE A. FUSTE, U.S. DISTRICT JUDGE
Printed name and title